UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CV-60710-WPD

(consolidated with Case Nos. 17-cv-60689; 17-cv-60800; 17-cv-60802)

REEVA PIERRE, GISELA VIDAL,
PATRICIA LEWANDOWSKI, and
JEFFREY LERNER,

Plaintiffs,

v.

FAMILY OFFICE, LP, a Florida limited
partnership, VINCENT CHHABRA,
individually and SUSHMA CHHABRA,
individually, KEY LEGAL SERVICES, LLC,
a Florida limited liability company, and
MITCHELL HAMMER, individually,

Defendants.
____________________________________________/

## ORDER CONSOLIDATING FLSA CASES

Federal Rule of Civil Procedure 42(a) authorizes the district court to consolidate cases when the cases involve common questions of law or fact. "This rule is a codification of a trial court's inherent managerial power 'to control the disposition of the causes on its docket with the economy of time and effort for itself, for counsel and for litigants.'" *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985) (citations omitted). Noting the non-objection of all parties, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The following actions are hereby **CONSOLIDATED** for all future purposes:

   0:17-cv-60689 *PIERRE v. FAMILY OFFICE, LP et al*, filed 04/07/17;

   0:17-cv-60710 *Vidal v. Family Office, LP et al*, filed 04/11/17;

   0:17-cv-60800 *Lewandowski v. Family Office, LP et al*, filed 04/24/17; and

   0:17-cv-60802 *Lerner v. Family Office, LP et al*, filed 04/24/17.

2. All pleadings and papers shall be filed in Case No. 17-CV-60710-WPD and shall henceforth bear the caption set forth by the Court on page 1 of this Order.
3. Case Nos. 17-cv-60689; 17-cv-60800; and 17-cv-60802 are hereby **CLOSED**. Any documents filed in Case Nos. 17-cv-60689; 17-cv-60800; and 17-cv-60802 in the future shall be **automatically stricken**;
4. The Clerk shall place a copy of this Order in Case Nos. 17-cv-60689; 17-cv-60800; and 17-cv-60802, thereby indicating that the cases have been consolidated.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of May, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record[1]

Shawn Logan Birken
Law Offices of Shawn L. Birken
100 SE 3rd Avenue
Suite 1300
Fort Lauderdale, FL 33394

Paul DeCailly
DeCailly Law Group, PA
PO Box 490
Indian Rocks Beach, FL 33785

[1] In an abundance of caution, although case no. 0:17-cv-60214-WPD *Irizarry v. EXCELIUM MANAGEMENT, LLC et al* was closed on April 26, 2017, the Court is also providing copies to counsel for Defendants from that action, as they represented the same five Defendants sued in these actions.